UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMEO LOREE GARRETT,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendant. | No.  2:21-cv-01825 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is an inmate at Amador County Jail proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order dated October 7, 2021, the court ordered plaintiff to file a certified copy of his inmate trust account statement and to submit a completed affidavit in support of his request to proceed in forma pauperis on the form used by this district.  (ECF No. 4.) Plaintiff was given thirty days to file the trust statement and completed affidavit with the court. (Id. at 1-2.)  Plaintiff was warned that failure to abide by the court's order would result in a recommendation that this action be dismissed.  (Id. at 2.)

Thirty days have passed.  Plaintiff has not filed either of the documents required to proceed in forma pauperis, requested additional time to file any of these documents, paid the filing fee, or otherwise responded to the court's order.  Accordingly, the court will recommend that this action be dismissed for failure to prosecute and failure to comply with court orders.

////

////

1

For the reasons state above, the Clerk of the Court is ORDERED to randomly assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 22, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/garr1825.fr_dism

2